# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DUANE EDWARD BRONSON, | ) | 1:12cv00113 AWI DLB PC |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATIONS AND DENYING |
| vs. | ) | DEFENDANTS' MOTION TO DISMISS |
| | ) | (Document 19) |
| GALLARDO, et al., | ) | |
| | ) | ORDER REQUIRING DEFENDANTS TO |
| Defendants. | ) | FILE RESPONSE TO COMPLAINT |

Plaintiff Duane Edward Bronson ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action.  The action is proceeding on an Eighth Amendment claim against Defendants Gallardo and Diaz.

On July 17, 2013, Defendants filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 21, 2013, the Magistrate Judge issued Findings and Recommendations that the Motion to Dismiss be denied.  The Findings and Recommendations were served on the parties and contained notice that any objections to the Findings and Recommendations were to be filed within thirty days.  Neither party has filed objections.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendations, filed November 21, 2013, are ADOPTED in full;

2.      Defendants' Motion to Dismiss (Document 16) is DENIED; and

3.      Defendants are ORDERED to file a responsive pleading within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   January 10, 2014                    _____

SENIOR  DISTRICT  JUDGE