# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE EDWARD BRONSON,<br><br>           Plaintiff,<br><br>     vs.<br><br>GALLARDO, et al.,<br><br>           Defendants. | ) 1:12cv00113 AWI DLB PC<br>)<br>) ORDER DIRECTING CLERK OF COURT<br>) TO RE-SERVE DOCUMENTS AT<br>) PLAINTIFF'S NEW ADDRESS<br>) (Documents 27 and 28)<br>)<br>) ORDER EXTENDING TIME TO FILE<br>) OBJECTIONS<br>) |

Plaintiff Duane Edward Bronson ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action. The action is proceeding on an Eighth Amendment claim against Defendants Gallardo and Diaz.

On June 20, 2014, the Court granted Defendants' motion to compel and imposed sanctions. The Court explained that failure to comply with the order would result in possible dismissal of the action.

On July 31, 2014, after Plaintiff failed to comply with the June 20, 2014, order, the Court issued Findings and Recommendations that the action be dismissed based on Plaintiff's failure to prosecute and failure to engage in the discovery process.

1

On September 4, 2014, the Court received a notice of change of address from Plaintiff. In the notice, Plaintiff states that he has been incarcerated on misdemeanor charges and has not been receiving mail.

Accordingly, as it is unclear whether Plaintiff received the prior orders, the Clerk of Court is DIRECTED to reserve Documents 27 and 28 on Plaintiff at his new address.

The Court will extend the time for filing objections to the Findings and Recommendations thirty days from the date of service of this order.

<u>Plaintiff is informed that failure to file objections to the July 31, 2014, Findings and Recommendations will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated: __**September 12, 2014**__              /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE